463 A.2d 41

Commonwealth v. McDavis, Appellant.
Petition for Allowance of Appeal
Denied Nov. 21, 1983.

Submitted October 13,

596

1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.